IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ⎯⎯ D.C.

05 OCT 26 PM 4: 57

THOMAS H. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA,

    Plaintiff,

VS.                            NO. 05-2773-MaV

LUCITE INTERNATIONAL, INC.,

    Defendant.

---

ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE*

---

Before the court is the October 17, 2005, motion for admission *pro hac vice* and for waiver of fee of Valerie K. Mann. Ms. Mann is a member in good standing of the bar of the District of Columbia and is admitted to practice before the District of Columbia Court of Appeals. Ms. Mann has obtained and is familiar with the local rules and professional guidelines of this court. For good cause shown, the motion is granted and Valerie K. Mann is admitted to participate in this action as counsel for the United States.

It is so ORDERED this 25th day of October, 2005.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _10-27-05_

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 4 in case 2:05-CV-02773 was distributed by fax, mail, or direct printing on October 27, 2005 to the parties listed.

---

Valerie K. Mann
U.S. DEPARTMENT OF JUSTICE
P.O. Box 7611
Washington, DC 20044--761

Honorable Samuel Mays
US DISTRICT COURT